IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GARY ANDREW SULLIVAN,

    Petitioner,

v.                          Case No. 1:17cv17-MW/WCS

JULIE L. JONES, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's second amended § 2254 petition, ECF No. 19, is **DENIED**. A Certificate of Appealabilty is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 28, 2018.**

                                        **s/Mark E. Walker         **
                                        **Chief United States District Judge**